UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division
Case No. 5:22-cv-00189-MR

| | |
|---|---|
| **Cobey LaKemper,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **NOTICE TO PLAINTIFF (PAP)** |
| ) | |
| **Ronnie Lane Huneycutt et al,** ) | |
| ) | |
| **Defendant(s).** ) | |
| ) | |

    The Court has directed the Clerk of Court to maintain management of this action. Your case is ripe for trial and no attorney has filed an appearance on your behalf. You are hereby notified that the Court has a Prisoner Assistance Program ("PAP") that may be able to assist you in obtaining a volunteer lawyer to represent you at your trial in this case. The purpose of the PAP is to assist the administration of justice by providing incarcerated *pro se* litigants in civil rights cases who are proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915, and whose cases are ready for trial, with the opportunity to receive the assistance of a lawyer. However, there is no general right to court-appointed counsel in civil cases, and counsel is only appointed in exceptional cases. Your participation in the PAP does not guarantee that the Court will be able to locate a lawyer who is willing to represent you. If you choose to participate in the PAP, and if a lawyer accepts your case, he or she will enter an appearance on your behalf and represent you at your trial.

    You have no right to the advancement of costs or expenses by a PAP attorney and the representation will be limited to providing legal advice, counsel, and representation for the trial at issue, which will normally include participation at the pretrial conference, jury selection, and trial. Representation will not extend to any appeal or post-trial motions unless the lawyer specifically

agrees to assume those duties.

You have twenty-one (21) days within which to opt into the PAP by marking the enclosed Opt-In Notice where indicated and returning it to the Clerk's Office. Requests for extension of the Opt-In Period are discouraged but may be considered on a case-by-case basis if necessary. If the Court is unable to locate a PAP lawyer for you, you will be so informed by letter and the matter shall proceed without a PAP lawyer.

Please fill out the enclosed form indicating whether you want to participate in the PAP and return it to:

> United States District Court
> Western District of North Carolina
> Clerk of Court
> Attn: PAP Coordinator
> Division: Statesville
> 200 West Broad Street, Room 304
> Statesville, NC  28677
> _____

You must sign, date, and return this form within twenty-one (21) days of the date of this Order. Your failure to return this form by that deadline may be construed as rejection of the PAP's assistance, and the Court will not seek a volunteer attorney on your behalf.

Signed: July 15, 2025

Katherine Hord Simon, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### Statesville DIVISION
### Case No. 5:22-cv-00189-MR

| | |
|---|---|
| **Cobey LaKemper,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **PLAINTIFF'S RESPONSE** |
| ) | **TO NOTICE (PAP)** |
| **Ronnie Lane Huneycutt et al,** ) | |
| ) | |
| **Defendant(s).** ) | |

I have read the "Notice to Plaintiff" informing me of the PAP's availability to assist me in locating a volunteer lawyer to represent me at my trial in this matter. I understand that, if I choose to participate in the PAP, a volunteer lawyer may be willing to represent me at trial. I further understand that there is no general right to court-appointed counsel in civil cases, and it is highly unlikely that the Court will appoint counsel for me.

Accordingly, I hereby

\_\_ ACCEPT participation in the PAP and ask that the Court attempt to locate a volunteer lawyer to assist me at trial.

\_\_ REJECT participation in the PAP and will proceed to trial without a lawyer.

_____        _____
Date        Plaintiff's Signature

       _____
       Plaintiff's Printed Name