**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:22-cv-189-MEO**

| | | |
|---|---|---|
| COBEY LAKEMPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER VACATING** |
| RONNIE LANE HUNEYCUTT, | ) | **JUNE 1, 2026 WRIT** |
| JAMIE YOUNG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion to Waive Appearance at Pre-Trial Conference. [Doc. 93].

The Plaintiff indicates that, after conferring with counsel, he would like to waive his appearance at the June 1, 2026 pretrial conference. He explains that this is a personal decision and that such will not interfere with the progress of the case. The Defendants consent to the Plaintiff's absence from the pretrial conference.

The Writ of Habeas Corpus Ad Testificandum for the incarcerated Plaintiff's presence at the June 1, 2026 pretrial conference [Doc. 91] will, therefore, be vacated. The Writ for Plaintiff's appearance at the trial scheduled to begin on June 8, 2026 remains in place. [See Doc. 92].

**IT IS THEREFORE ORDERED** that Plaintiff's Consent Motion to Waive Appearance at Pre-Trial Conference [Doc. 93] is **GRANTED**.

The Writ of Habeas Corpus Ad Testificandum [Doc. 91] for the **June 1, 2026 final pretrial conference** is **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk is respectfully instructed to transmit a copy

of this Order to all parties; the U.S. Marshal; the Warden of the Nash Correctional Institution, 5201 Mail Service Center, Raleigh, NC 27699-5201; and the NCDAC Writ Office at writs@dac.nc.gov.

The "requesting party" for purposes of the NCDAC Court Appearances procedure is Melissa A. Frisch, (828) 771-7210, melissa_frisch@ncwd.uscourts.gov.

**IT IS SO ORDERED**.

Signed: April 30, 2026

Matthew E. Orso
United States District Judge